United States District Court
Southern District of Texas
**ENTERED**
July 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RENEE RAMOS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:19-CV-00132 |
| EXXIZZ FOODS, INC., *et al.*, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order on Motion to Dismiss for Want of Prosecution (D.E. 139), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on July 31, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE